FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 23 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

08-CV-01681-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE SALAZAR CERVANTES, ) | CASE NO. C08-1681-JLR |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| A. NEIL CLARK, Field Office Director, ) | |
| U.S. Immigration and Customs Enforcement, ) | |
| ) | |
| Respondent. ) | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)   The Court adopts the Report and Recommendation;

(2)   This action is DISMISSED as moot without prejudice; and

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 23RD day of February, 2009.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1